IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **DARIN WINTERS, as Personal Administrator of the Estate of Donald Winters** | **PLAINTIFF** |
| **V.**            NO. 4:04CV00206 GTE | |
| **ARKANSAS DEPARTMENT OF HEALTH AND HUMAN SERVICES and KEITH FERGUSON, Sheriff, in his official capacity as Sheriff of Benton County, Arkansas** | **DEFENDANTS** |

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date herewith, the Complaint of the Plaintiff must be, and it is hereby, dismissed.

Dated this 2nd day of June, 2006.

                                         _/s/ Garnett Thomas Eisele_____
                                         UNITED STATES DISTRICT JUDGE